IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROGER DEAN NEWMAN                                                                    PETITIONER

VS.                              CASE NO. 2:06CV00010 HLJ

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                          RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed without prejudice as moot.

SO ADJUDGED this 2nd day of October, 2006.


_____
UNITED STATES MAGISTRATE JUDGE